UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY BLEDSOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-02779-JAR |
| ) | |
| MIDLAND FUNDING LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that a telephone status conference is set for **Thursday, June 11, 2020, at 1:00 p.m.**  The parties are directed to call the conference line toll free at **1-877-810-9415**.  **The access code to enter the telephone conference is: 7519116**.

Dated this 2nd day of June, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE